IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                       Case No: 21MJ19 CG

JEREMY RICHARD SENA,

    Defendant.

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

COMES NOW, Defendant, Jeremy Richard Sena, by and through his attorney of record, Darcy Riley, and hereby gives notice that he intends to enter a plea to the charge herein. Any time from March 18, 2021 to the date of the plea hearing should be excluded from speedy indictment time computation pursuant to 18 U.S.C. 3161(h)(7)(A).

                                       Respectfully submitted,

                                       **FEDERAL PUBLIC DEFENDER**
                                       506 S. Main, Ste. 400
                                       Las Cruces, NM 88001
                                       (575) 527-6930

                                       By */s/ Darcy Riley*
                                          **Electronically filed 3/18/21**
                                          Darcy Riley
                                          Assistant Federal Public Defender

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing motion was served upon the U.S. Attorney's Office, attention Christopher E. Solis, by electronic filing this 18th day of March, 2021.

By */s/ Darcy Riley*
**Electronically filed 3/18/21**
**Darcy Riley**
Assistant Federal Public Defender